UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>    Plaintiff,<br><br>    v.<br><br>LEDBETTER,<br><br>    Defendant. | Case No.: 1:22-cv-00989-JLT-CDB (PC)<br><br>**ORDER LIFTING STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Aaron D. Seymour is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference was held on January 12, 2024, via Zoom videoconference before the undersigned; those proceedings did not result in a settlement between the parties. (Doc. 33 [minutes].)

Accordingly, **IT IS HEREBY ORDERED** that the previously imposed stay of these proceeding is **LIFTED**. Further, the Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **January 16, 2024**                                    _____
                                                                                       UNITED STATES MAGISTRATE JUDGE