# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON D. SEYMOUR,<br><br>          Plaintiff,<br><br>     v.<br><br>LEDBETTER,<br><br>          Defendant. | Case No.: 1:22-cv-00989 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 46) |

Aaron D. Seymour seeks to hold the defendant liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2025, the assigned magistrate judge issued findings and recommendations to grant Defendant's motion for summary judgment. (Doc. 46.) Plaintiff was advised that any objections were due within 14 days. (*Id*. at 23-24.) Plaintiff was also informed the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 24, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued June 27, 2025 (Doc. 46) are **ADOPTED** in full.
2. Defendant's motion for summary judgment (Doc. 36) is **GRANTED**.
3. The Clerk of the Court is directed to enter judgment in favor of Defendant Ledbetter and to close this case.

IT IS SO ORDERED.

Dated:  **August 10, 2025**

UNITED STATES DISTRICT JUDGE

2